RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| GRETCHEN ULBEE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>    Defendants. | **CASE NO. 4:11-CV-04490-DMR**<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, there have been multiple actions related to this case filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, the Court has entered an order in the first-filed action, *Petru, et al. v. Apple, Inc., et al.* (11-cv-3892 N.D. Cal.) (the "*Petru* Action"), to extend the time to answer, move or otherwise respond to the complaint until December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the schedule;

WHEREAS, for efficiency and convenience of the parties, defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as "Macmillan Publishers, Inc."), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") have agreed to waive the service of summons and complaint pursuant to Fed. R. Civ. P. 4(d);

WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date in the *Petru* Action;

WHEREAS, the parties agree that submission of this Stipulation should be without prejudice to any of Plaintiff's claims or Defendants' defenses;

WHEREAS, there have been no other modifications to Defendants' time to answer, move or otherwise respond to the complaint in this action;

WHEREAS, this stipulation to extend the time within which Defendants have to answer, move or otherwise respond to the complaint in this action will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. Defendants hereby agree to accept service of the summons and complaint in the above-captioned action;

2.    Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants' time to answer, move or otherwise respond to the complaint is hereby extended to December 15, 2011, without prejudice to the right of any party to seek a further adjustment to the response date based on future developments;

3.    If any of the Defendants that is a party to this Stipulation responds to a complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will respond to the complaint in this action at the same time;

4.    None of Plaintiff's claims or Defendants' defenses are prejudiced or waived by submission of this Stipulation; and

5.    Defense counsel may file notices of appearance in this action without prejudice to their respective clients' jurisdictional or venue defenses.

DATED: November 1, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ Raoul D. Kennedy
      RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Time To Respond To Complaint. In compliance with General Order 45, X.B., I attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP

By: /s/ James Donato
JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP

By: /s/ Samuel R. Miller
SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC
D/B/A MACMILLAN

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Reginald D. Steer
REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

WEIL, GOTSHAL & MANGES LLP

By: /s/ Gregory D. Hull
GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Daniel S. Floyd
DANIEL S. FLOYD

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7148
Facsimile: (213) 229-7520

Attorneys for Specially Appearing Defendant
APPLE INC.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Jeff D. Friedman
JEFF D. FRIEDMAN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Attorneys for Plaintiff
GRETCHEN ULBEE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2011

By: _____
Hon. _____
U.S. _____ JUDGE

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME    CASE NO. 4:11-CV-04490-DMR