| | |
|---|---|
| 1 | RAOUL D. KENNEDY (STATE BAR NO. 40892) |
| | Raoul.Kennedy@skadden.com |
| 2 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681) |
| | Richard.Horvath@skadden.com |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 525 University Avenue, Suite 1100 |
| 4 | Palo Alto, California 94301 |
| | Telephone: (650) 470-4500 |
| 5 | Facsimile:  (650) 470-4570 |
| 6 | PAUL M. ECKLES (STATE BAR NO. 181156) |
| | Paul.Eckles@skadden.com |
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 4 Times Square |
| 8 | New York, New York 10036 |
| | Telephone: (212) 735-3000 |
| 9 | Facsimile:  (212) 735-2000 |
| 10 | Attorneys for Specially Appearing Defendant |
| | HARPERCOLLINS PUBLISHERS L.L.C. |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GRETCHEN ULBEE, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>           Defendants. | **CASE NO. 3:11-CV-04490-EMC**<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER REGARDING (1) EXTENDING TIME TO RESPOND TO THE COMPLAINT AND (2) CASE COORDINATION** |

---

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**             **CASE NO. 3:11-CV-04490-EMC**

**STIPULATION AND [PROPOSED] ORDER REGARDING (1) EXTENDING TIME TO RESPOND TO THE COMPLAINT AND (2) CASE COORDINATION**

WHEREAS, there have been multiple actions related to the above-captioned action filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, on September 9, 2011, the court in the New York Actions entered a stipulation and order providing that the time for defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as Macmillan Publishers, Inc.), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") to answer, move, or otherwise respond to the complaints in the New York Actions would be enlarged to the 60th day after the Actions have been consolidated in a single forum and a consolidated amended complaint has been filed (or lead plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended complaint);

WHEREAS, on November 14, 2011, the Court related the above-captioned action to *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 (N. D. Cal.);

WHEREAS, on November 14, 2011, pursuant to parties' stipulation, the Court entered an order providing that Defendants' time to answer, move, or otherwise respond to the complaint in this action would be enlarged until December 15, 2011, and without prejudice to Defendants seeking a further enlargement of the time to answer, move, or otherwise respond;

WHEREAS, pursuant to the Clerk's Notice dated November 14, 2011, the Initial Case Management Conference in the above-captioned action is scheduled for January 6, 2012;

WHEREAS, on December 9, 2011, the Judicial Panel on Multidistrict Litigation (the "JPML") issued an order pursuant to 28 U.S.C. § 1407 to transfer *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 and *Diamond, et al. v. Apple, Inc., et al.*, C.A. No. 3:11-03954, currently pending in the Northern District of California, to the Southern District of New York and assign them to the Honorable Denise L. Cote for coordinated and consolidated pretrial proceedings

1. with the actions already pending in the Southern District of New York, *In re Electronic Books Antitrust Litigation*, MDL Docket No. 2293 (the "Consolidated New York Actions");

2. WHEREAS, on December 9, 2011, counsel, who purported to act on behalf of plaintiffs in ten of the eleven Actions filed in this Court, sent a letter to Judge Cote regarding case administration of the Actions;

3. WHEREAS, lead plaintiffs' counsel has not yet been appointed in the Consolidated New York Actions;

4. WHEREAS, the parties anticipate that the remaining Actions currently pending in this Court will be transferred to Judge Cote for coordinated and consolidated pretrial proceedings with the Consolidated New York Actions;

5. WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date stipulated to in the Consolidated New York Actions;

6. WHEREAS, the parties have agreed that further case administration should take place in connection with the Consolidated New York Actions;

7. WHEREAS, the parties agree that submission of this Stipulation should be without prejudice to any of Plaintiff's claims or Defendants' defenses;

8. WHEREAS, unless otherwise provided for herein, this Stipulation will not modify the schedule of this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants' time to answer, move, or otherwise respond to the complaint is hereby extended to the 60th day after a consolidated amended complaint has been filed in the Consolidated New York Actions (or lead plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended complaint);

2. Pursuant to Civil Local Rules 16-2 and 7-12, the parties hereby stipulate that the Initial Case Management Conference with this Court scheduled for January 6, 2011, should be taken off calendar, as well as all dates required under Federal Rules of Civil Procedure 16 and 26

2

1 | related to that Initial Case Management Conference, without prejudice to Plaintiffs' and
2 | Defendants' positions as to the dates on which these events should occur in the Consolidated New
3 | York Actions;
4 |     3. Further case adminsitration, including the negotiation of any brief scheduling
5 | beyond the time for Defendants' time to answer, move, or otherwise respond to the complaint and
6 | any pre-trial conferences governed by Federal Rules of Civil Procedure 16 and 26, shall occur in
7 | connection with the Consolidated New York Actions;
8 |     4. If any of the Defendants that are a party to this Stipulation responds to a
9 | complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will
10 | respond to the complaint in this action at the same time;
11 |     5. None of Plaintiff's claims or Defendants' defenses are prejudiced or waived
12 | by its submission of this Stipulation; and
13 |     6. This stipulation is without prejudice to the right of any party to seek a further
14 | adjustment to any of the dates contained in this stipulation based on future developments
15 | DATED: December 13, 2011

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                By:   /s/  Raoul D. Kennedy
                         RAOUL D. KENNEDY

                525 University Ave., Suite 1100
                Palo Alto, California 94301
                Telephone: (650) 470-4500
                Facsimile: (650) 470-4570

                Attorneys for Specially Appearing Defendant
                HARPERCOLLINS PUBLISHERS L.L.C.

    I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding: (1) Extending Time to Respond to the Complaint and (2) Case Coordination. In compliance with General Order 45, X.B., I hereby attest that each of the following signatories has concurred in this filing.

SHEARMAN & STERLING LLP


By:  /s/ James Donato
            JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

   Attorneys for Specially Appearing Defendant
            HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP


By:  /s/ Samuel R. Miller
            SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

   Attorneys for Specially Appearing Defendant
        HOLTZBRINCK PUBLISHERS, LLC D/B/A
                    MACMILLAN

AKIN GUMP STRAUSS HAUER & FELD LLP


By:  /s/ Reginald D. Steer
            REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: (415) 765-9520
Facsimile: (415) 765-9501

   Attorneys for Specially Appearing Defendant
            PENGUIN GROUP (USA) INC.

WEIL, GOTSHAL & MANGES LLP

By:   /s/ Gregory D. Hull
     GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Daniel S. Floyd
     DANIEL S. FLOYD

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7148
Facsimile: (213) 229-7520

Attorneys for Specially Appearing Defendant
APPLE INC.

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Jeff D. Friedman
     JEFF D. FRIEDMAN

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Attorneys for Plaintiff
GRETCHEN ULBEE

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The cmc is reset for 6/29/12 at 9:00 a.m.
                                              A joint CMC Statement shall be filed by
Dated:   12/27  , 2011                        6/22/12.

By: _____
    Hon. Edward M. Chen
    U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER TO...                    CASE NO. 3:11-CV-04490-EMC